**Certificate of Registration**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 684-322**

EFFECTIVE DATE OF REGISTRATION
Aug 23 2005

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼
Sanrio 2005 Character Guide

NATURE OF THIS WORK ▼ See Instructions
Graphic artwork

Previous or Alternative Titles ▼
n/a

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** NAME OF AUTHOR ▼
a   Sanrio Co., Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
n/a           n/a

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  Japan
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☑ Photograph
☐ Jewelry design
☐ Technical drawing
☑ Text
☐ Architectural work

Name of Author ▼
b   n/a

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed   2005 ◄ Year   This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ____ Day ____ Year ____    Nation ____

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sanrio Co., Ltd.
1-6-1, Ohsaki, Shinagawa-ku, Tokyo 141-8603 Japan

APPLICATION RECEIVED
AUG 23 2005
ONE DEPOSIT RECEIVED
AUG 23 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
n/a

MORE ON BACK ► • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____   FORM VA

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ _____  Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Original character designs, all created and owned by Sanrio Co., Ltd.

**6**
a

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New artwork

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Linda Joy Kattwinkel, Esq. / Owen, Wickersham & Erickson, P.C.
455 Market Street, Ste 1910
San Francisco, CA 94105

b

Area code and daytime telephone number ( 415 ) 882-3200          Fax number ( 415 ) 882-3232
Email: ljk@owe.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Sanrio Co., Ltd.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Linda Joy Kattwinkel                                     Date 8-11-05

Handwritten signature (X) ▼
X _____

Certificate will be mailed in window envelope to this address:

Name ▼
Linda Joy Kattwinkel, Esq. / Owen, Wickersham & Erickson, P.C.

Number/Street/Apt ▼
455 Market St., Ste 1910

City/State/ZIP ▼
San Francisco, CA 94105

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-9000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.


      

    

Little Twin Stars © 1976, 2005 SANRIO CO., LTD.  Dear Daniel © 1999, 2005 SANRIO CO., LTD.  MY MELODY © 1976, 2005 SANRIO CO., LTD.  KEROPPI © 1988, 2005 SANRIO CO., LTD.  minna no tabo © 1984, 2005 SANRIO CO., LTD.

    

Badtz-Maru © 1993, 2005 SANRIO CO., LTD.  PEKKLE © 1989, 2005 SANRIO CO., LTD.  CHARMMY KITTY © 2004, 2005 SANRIO CO., LTD.  Chi Chai Monchan © 2004, 2005 SANRIO CO., LTD.  Chococat © 1996, 2005 SANRIO CO., LTD.

   

cinnamoroll © 2002, 2005 SANRIO CO., LTD.  TUXEDO SAM © 1978, 2005 SANRIO CO., LTD.  Chibimaru © 2003, 2005 SANRIO CO., LTD.  FROOLIEMEW © 2004, 2005 SANRIO CO., LTD.

   

Pochacco © 1998, 2005 SANRIO CO., LTD.  Deery-Lou © 2002, 2005 SANRIO CO., LTD  SWEETCORON © 1998, 2005 SANRIO CO., LTD  U·SA·HA·NA © 2001, 2005 SANRIO CO., LTD.  SHINKANSEN © 1999, 2005 SANRIO CO., LTD.

  

sugarbunnies © 2005 SANRIO CO., LTD  PANDAPPLE © 2005 SANRIO CO., LTD.  Sanrio Momoberry™ by Sanrio



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

REG: **VA 1-342-775**

EFFECTIVE DATE OF REGISTRATION

Month: MAR   Day: 6   Year: 2006

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**Title of This Work ▼**
Sanrio 2002 Hello Kitty Style Guide

**NATURE OF THIS WORK ▼** See instructions
Graphic artwork

**Previous or Alternative Titles ▼**
n/a

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2
**a**   **NAME OF AUTHOR ▼**
Sanrio Co., Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼  n/a    Year Died ▼  n/a

**Was this contribution to the work a "work made for hire"?**
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  Japan
     { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☒ Photograph   ☒ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **Name of Author ▼**
n/a

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

**Nature of Authorship** Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3
**a**   **Year in Which Creation of This Work Was Completed**
2002 Year
This information must be given in all cases.

**b**   **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month February   Day 27   Year 2002
Nation United States

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sanrio Co., Ltd.
1-6-1, Ohsaki, Shinagawa-ku, Tokyo 141-8603 Japan

**APPLICATION RECEIVED**
MAR 0 6 2006
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
MAR 0 6 2006
**FUNDS RECEIVED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
n/a

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

|  |  |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Original character designs, all created and owned by Sanrio Co., Ltd.

**6** a
See instructions before completing this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
New artwork

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼       Account Number ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Linda Joy Kattwinkel, Esq. / Owen, Wickersham & Erickson, P.C.
455 Market Street, Ste 1910
San Francisco, CA 94105

b

Area code and daytime telephone number (415) 882-3200    Fax number (415) 882-3232
Email ljk@owe.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ 
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of Sanrio Co., Ltd.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Linda Joy Kattwinkel       Date 3-02-2006

Handwritten signature (X) ▼
X [signature]

| Certificate will be mailed in window envelope to this address: | Name ▼ Linda Joy Kattwinkel, Esq. / Owen, Wickersham & Erickson, P.C. Number/Street/Apt ▼ 455 Market St., Ste 1910 City/State/ZIP ▼ San Francisco, CA 94105 | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material MAIL TO: Library of Congress, Copyright Office, 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |
|---|---|---|

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

<-

<-
<-






