EXHIBIT 3

Int. Cls.: 3, 8, 14, 16, 18, 21, 24, 25, 26 and 28

Prior U.S. Cls.: 2, 3, 5, 22, 23, 28, 29, 32, 33, 37, 38, 39, 40, 42, 44, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 1,200,083
Registered Jul. 6, 1982

## TRADEMARK
### Principal Register



Sanrio Company Ltd. (Japan corporation)
377 Swift Ave., S.
San Francisco, Calif. 94080

For: TOILET SOAP, HAIR SHAMPOOS AND HAIR RINSES, LIP GLOSS, COSMETIC VANITY CASES CONTAINING COSMETICS, COLOGNES, PERFUMES, in CLASS 3 (U.S. Cls. 51 and 52).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.

For: SPOON AND FORK SETS, CHOPSTICKS, NAIL CLIPPERS, AND SCISSORS, in CLASS 8 (U.S. Cls. 23 and 44).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.

For: PENDANTS, RINGS, AND BRACELETS, in CLASS 14 (U.S. Cl. 28).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.

For: PAPER LUNCH BAGS, TISSUES, AUTOGRAPH BOOKS, STAPLERS, PASTE, CALENDARS, DIARIES, PENCIL SHARPENERS, CLIP BOARDS, DESK TOP AND HANGING LETTER RACKS, ERASERS, PEN STANDS, BOOK ENDS, CHALK BOARDS, COLORING BOOKS, STATIONERY TAPE DISPENSERS AND TAPE, STAMPS, PAPER CLIPS, PAPER TABLE NAPKINS, NOTEBOOKS, STATIONERY (WRITING PAPER AND ENVELOPES), PENS, PENCILS AND CASES THEREFOR, in CLASS 16 (U.S. Cls. 2, 5, 23, 32, 37, 38 and 50).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.

For: VINYL I.D. CASES (FOR HOLDING IDENTIFICATION MATERIAL AND TIME SCHEDULES), VINYL SPORTS BAGS, TOTE BAGS, COSMETIC CASES SOLD EMPTY, AND COIN PURSES, in CLASS 18 (U.S. Cl. 3).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.

**2**                      1,200,083

For: CUPS, SAUCERS, BEVERAGE BOTTLES, GLASSES, SUGAR POTS, LIQUID CONTAINERS FOR DOMESTIC USE, FOOD TRAYS, LUNCH BOXES, RICE BOWLS, TOOTHBRUSHES, TOWEL BARS, HAIR BRUSHES AND COMBS, CLOTH WASH UP KITS CONSISTING OF A TOWEL, TOOTHBRUSH AND CUP AND SOAP, in CLASS 21 (U.S. Cls. 2, 29, 32, 33, 42, 50 and 52).

First use Jan. 1, 1976; in commerce Aug. 6, 1976.

For: CLOTH HANDKERCHIEFS, WASH CLOTHS, BATH TOWELS, in CLASS 24 (U.S. Cl. 42).

First use Jan. 1, 1976; in commerce Aug. 6, 1976.

For: APRONS AND SLIPPERS, in CLASS 25 (U.S. Cl. 39).

First use Jan. 1, 1976; in commerce Aug. 6, 1976.

For: SEWING SETS CONSISTING OF NEEDLES, THREAD, AND SCISSOR IN A CASE, AND ELASTIC PONY TAIL HOLDERS WITH PLASTIC ORNAMENT, in CLASS 26 (U.S. Cl. 40).

First use Jan. 1, 1976; in commerce Aug. 6, 1976.

For: JUMP ROPES AND DOLLS, in CLASS 28 (U.S. Cl. 22).

First use Jan. 1, 1976; in commerce Aug. 6, 1976.

Ser. No. 251,259, filed Feb. 25, 1980.

J. C. DEMOS, Primary Examiner

JILL E. JOHNSON, Examiner

Int. Cls.: 3, 5, 6, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 28 and 30

Prior U.S. Cls.: 2, 3, 13, 18, 21, 22, 26, 27, 32, 36, 37, 39, 40, 42, 44, 46 and 51

**United States Patent and Trademark Office**

Reg. No. 1,277,721
Registered May 15, 1984

## TRADEMARK
### Principal Register



Sanrio Company, Ltd. (Japan corporation)
377 Swift Ave.
South San Francisco, Calif. 94080

For: TOOTHPASTE, in CLASS 3 (U.S. Cl. 51).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.
For: BANDAGES AND FIRST AID KITS, THE CHIEF CONTENTS OF WHICH ARE BANDAGES, COTTON SWABS, GAUZE, AND PILL BOX, in CLASS 5 (U.S. Cls. 18 and 44).
First use Jul. 1, 1977; in commerce Oct. 15, 1980.
For: KEY RINGS, in CLASS 6 (U.S. Cl. 13).
First use Oct. 5, 1979; in commerce Oct. 5, 1979.
For: CALCULATOR, CAMERA, TELEPHONE, in CLASS 9 (U.S. Cls. 21 and 26).
First use Jan. 1, 1980; in commerce Dec. 5, 1981.

For: EARRINGS AND STICKPINS COATED WITH PRECIOUS METAL, SANDGLASS, WRIST WATCHES AND QUARTZ CLOCKS, in CLASS 14 (U.S. Cl. 27).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.
For: MUSIC BOX, WHISTLES AND CERAMIC BELLS, in CLASS 15 (U.S. Cl. 36).
First use Nov. 21, 1978; in commerce Nov. 21, 1978.
For: CALENDARS, MEMO NOTEBOOKS, TRANSFERS, PORTFOLIOS, RING BINDER DIVIDERS, ADDRESS BOOKS, BALLPOINT PEN, PHOTO ALBUMS, MECHANICAL PENCIL, RULER, GREETING CARDS, WRAPPING PAPER, ORIGAMI, FELT TIPPED PEN, PAPER BAGS, CRAYONS, SELF ADHESIVE DECORA-

Int. Cls.: 3, 5, 6, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 28 and 30

Prior U.S. Cls.: 2, 3, 13, 18, 21, 22, 26, 27, 32, 36, 37, 39, 40, 42, 44, 46 and 51

**United States Patent and Trademark Office**

Reg. No. 1,277,721
Registered May 15, 1984

## TRADEMARK
### Principal Register



Sanrio Company, Ltd. (Japan corporation)
377 Swift Ave.
South San Francisco, Calif. 94080

For: TOOTHPASTE, in CLASS 3 (U.S. Cl. 51).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.
For: BANDAGES AND FIRST AID KITS, THE CHIEF CONTENTS OF WHICH ARE BANDAGES, COTTON SWABS, GAUZE, AND PILL BOX, in CLASS 5 (U.S. Cls. 18 and 44).
First use Jul. 1, 1977; in commerce Oct. 15, 1980.
For: KEY RINGS, in CLASS 6 (U.S. Cl. 13).
First use Oct. 5, 1979; in commerce Oct. 5, 1979.
For: CALCULATOR, CAMERA, TELEPHONE, in CLASS 9 (U.S. Cls. 21 and 26).
First use Jan. 1, 1980; in commerce Dec. 5, 1981.

For: EARRINGS AND STICKPINS COATED WITH PRECIOUS METAL, SANDGLASS, WRIST WATCHES AND QUARTZ CLOCKS, in CLASS 14 (U.S. Cl. 27).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.
For: MUSIC BOX, WHISTLES AND CERAMIC BELLS, in CLASS 15 (U.S. Cl. 36).
First use Nov. 21, 1978; in commerce Nov. 21, 1978.
For: CALENDARS, MEMO NOTEBOOKS, TRANSFERS, PORTFOLIOS, RING BINDER DIVIDERS, ADDRESS BOOKS, BALLPOINT PEN, PHOTO ALBUMS, MECHANICAL PENCIL, RULER, GREETING CARDS, WRAPPING PAPER, ORIGAMI, FELT TIPPED PEN, PAPER BAGS, CRAYONS, SELF ADHESIVE DECORA-

2                                                                1,277,721

TIVE SEALS, COLORING BOOKS, DECORATIVE CAPS FOR WOODEN PENCILS, VINYL COATED MEMO BOARDS AND DECORATIVE SELF-ADHESIVE PAPER STICKERS, in CLASS 16 (U.S. Cl. 37).

First use Jan. 1, 1976; in commerce Aug. 6, 1976.

For: ALL PURPOSE SPORTS BAGS, TOTE BAGS, WALLETS, PURSES, SHOULDER BAGS, UMBRELLA, BACKPACKS, TRUNKS AND TRAVELLING BAGS, in CLASS 18 (U.S. Cl. 3).

First use Jan. 1, 1976; in commerce Aug. 6, 1976.

For: HAND MIRROR, CHEST, CHEST WITH MIRROR AND PICTURE FRAME, JEWELRY CASES, STRAWS AND PLASTIC HOLDERS TO CONDENSE TOOTHPASTE TUBES, in CLASS 20 (U.S. Cls. 2 and 32).

First use Sep. 27, 1976; in commerce Sep. 28, 1981.

For: CEREAL BOWLS, SOAPCASES (PLASTIC AND CERAMIC), FLOWER VASES, MUGS, MILK CAPS, TOOTHPICKS, COASTERS, THERMOS BOTTLES, DECANTERS, SOUP BOWLS, GLASS BOTTLES (CANDY JAR) AND TRAYS, in CLASS 21 (U.S. Cl. 2).

First use Jan. 1, 1976; in commerce Aug. 6, 1976.

For: CLOTH NAPKINS, COTTON HANKERCHIEFS, AND LUNCH MATS MADE OF VINYL, in CLASS 24 (U.S. Cl. 42).

First use Jan. 1, 1976; in commerce Aug. 6, 1976.

For: SHOWER CAP, HEAD BAND, BEACH SANDAL, T-SHIRTS, BELTS, SOCKS, TANK TOPS, SHORTS, PAJAMAS, MITTENS, GLOVES AND UNDERPANTS, in CLASS 25 (U.S. Cl. 39).

First use Jan. 1, 1976; in commerce Aug. 6, 1976.

For: SAFETY PIN, BARRETTE, SHOE LACES, HAIR CLIP, STICK PINS, in CLASS 26 (U.S. Cl. 40).

First use Oct. 10, 1976; in commerce Oct. 1.

For: BALL ORNAMENTS, CHRISTMAS ORNAMENTS, TOYS AND COIN BANKS, in CLASS 28 (U.S. Cl. 22).

First use Sep. 27, 1976; in commerce Oct. 4, 1979.

For: CANDY AND BUBBLE GUM, in CLASS 30 (U.S. Cl. 46).

First use Dec. 6, 1977; in commerce Sep. 28, 1981.
Owner of U.S. Reg. No. 1,215,436.

Ser. No. 388,922, filed Sep. 24, 1982.

CARY J. DEATON, Examining Attorney

**EXHIBIT 4**

Int. Cls.: 3, 8, 14, 16, 18, 21, 24 and 25

Prior U.S. Cls.: 2, 3, 13, 22, 23, 28, 29, 37, 38, 39, 42, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 1,215,436
Registered Nov. 9, 1982

## TRADEMARK
Principal Register

## HELLO KITTY

Sanrio Company, Ltd. (Japan corporation)
377 Swift Ave., S.
San Francisco, Calif. 94080

For: COSMETICS—NAMELY, HAIR SHAMPOOS, HAIR RINSES, COLOGNES AND PERFUMES, AND CHILDREN'S COSMETIC VANITY CASES CONTAINING COSMETICS, in CLASS 3 (U.S. Cls. 51 and 52).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.
For: SCISSORS AND CHOP STICKS, in CLASS 8 (U.S. Cl. 23).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.
For: [illegible] LETTER RACKS, SCRIBBLE BOARDS, SEALS AND STAMPS FOR DECORATIVE PURPOSES, COLORING BOOKS, NOTEBOOKS, STATIONERY—NAMELY, LETTER PAPER AND ENVELOPES, PENS, PENCILS, DIARIES, STAPLERS, ERASERS, AUTOGRAPH BOOKS, CLIP BOARDS, PENCIL SHARPENERS, in CLASS 16 (U.S. Cls. 2, 22, 23, 37 and 38).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.
For: COIN PURSES, CLOTH TOTE BAGS, BACKPACKS, CLOTH HANDBAGS, SHOULDER BAGS, PURSES, WALLETS, AND VINYL CASES FOR CARRYING IDENTIFICATION CARDS, TIME SCHEDULES, PICTURES AND THE LIKE, in CLASS 18 (U.S. Cl. 3).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.
For: PLASTIC FOOD TRAYS AND CUPS FOR DOMESTIC USE, LUNCH BOXES, TOWEL BARS, HAIR BRUSHES, in CLASS 21 (U.S. Cls. 2, 13 and 29).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.
For: CLOTH NAPKINS, CLOTH HANDKERCHIEFS, in CLASS 24 (U.S. Cls. 39 and 42).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.
For: APRONS, in CLASS 25 (U.S. Cl. 39).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.

Ser. No. 252,496, filed Mar. 3, 1980.

PAUL F. GAST, Examining Attorney

Int. Cls.: 3, 5, 6, 8, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 28 and 30

Prior U.S. Cls.: 2, 3, 13, 21, 22, 23, 26, 27, 28, 29, 32, 36, 37, 38, 39, 40, 41, 42, 44, 46, 50 and 51

**United States Patent and Trademark Office**

Reg. No. 1,279,486
Registered May 29, 1984

## TRADEMARK
Principal Register

## HELLO KITTY

Sanrio Company, Ltd. (Japan corporation)
377 Swift Ave.
South San Francisco, Calif. 94080

For: LIP GLOSS, TOOTHPASTE, PERFUMES, in CLASS 3 (U.S. Cl. 51).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.
For: BANDAGE, FIRST AID KIT THE CHIEF CONTENTS OF WHICH ARE BANDAGES, COTTON SWABS, GAUZE AND PILL BOX, in CLASS 5 (U.S. Cl. 44).
First use Jul. 1, 1977; in commerce Oct. 15, 1980.
For: KEY RING, in CLASS 6 (U.S. Cl. 13).
First use Oct. 5, 1979; in commerce Oct. 5, 1979.
For: SPOON AND FORK SET, NAIL CLIPPERS, in CLASS 8 (U.S. Cls. 23 and 44).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.
For: CALCULATOR, CAMERA, TELEPHONE, in CLASS 9 (U.S. Cls. 21 and 26).
First use Jan. 1, 1980; in commerce Dec. 5, 1981.
For: RING, BRACELET, STICKPINS, AND EARRINGS COATED WITH PRECIOUS METAL, SANDGLASS, WRIST WATCHES, AND QUARTZ CLOCKS, in CLASS 14 (U.S. Cls. 27 and 28).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.
For: MUSIC BOX, WHISTLE AND CERAMIC BELL, in CLASS 15 (U.S. Cl. 36).
First use Nov. 21, 1978; in commerce Nov. 21, 1978.
For: TISSUES, CALENDARS, PEN STANDS, BOOKENDS, TAPE DISPENSERS AND TAPE, PAPER TABLE NAPKIN, SELF ADHESIVE DECORATIVE SEALS, DECALOMANIA, MEMO NOTEBOOK, TRANSFER, PRINTING SET CONSISTING OF DECORATIVE STAMPS AND PAPER, COLOR PUZZLE, PORTFOLIO, RING BINDER DIVIDER, VINYL COATED MEMO BOARD, DECORATIVE CAP, FOR WOODEN PENCIL, ADDRESS BOOK, BALLPOINT PEN, PHOTO ALBUM, MECHANICAL PENCIL, RULER, GREETING CARDS, WRAPPING PAPER, TELEPHONE LIST, ORIGAMI, FELT TIPPED PEN, PAPER BAGS, CRAYONS, in CLASS 16 (U.S. Cls. 37 and 38).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.
For: ALL PURPOSE SPORTS BAGS, TOTE BAGS, COSMETIC CASES SOLD EMPTY, PLASTIC KEY CASE, WALLET, PURSE, SHOULDER BAG, UMBRELLA, BACKPACK, TRAVELING BAG, BEACH BAG, AND TRUNK, in CLASS 18 (U.S. Cls. 3 and 41).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.
For: PICTURE FRAME, HAND MIRROR, CHEST, CHEST WITH MIRROR, STRAWS, JEWELRY CASES, PLASTIC HOLDERS USED TO CONDENSE TOOTHPASTE TUBES, in CLASS 20 (U.S. Cl. 32).
First use Sep. 27, 1976; in commerce Sep. 28, 1981.
For: SAUCERS, BEVERAGE BOTTLE, BEVERAGE GLASS, SUGAR POT, LIQUID CONTAINERS FOR DOMESTIC USE, TOOTH BRUSH, COMBS, TOOTH BRUSH AND CUP AND SOAP SET, CEREAL BOWL, SOAP CASE (PLASTIC AND CERAMIC), FLOWER VASE, MUG, MILK CUP, PICKS, COASTER, THERMOS BOTTLE, DECANTER, SOUP BOWL, GLASS BOTTLE (CANDY JAR), TRAYS, in CLASS 21 (U.S. Cls. 2 and 29).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.
For: WASH CLOTH, BATH TOWEL, CLOTH NAPKINS, LUNCH MAT MADE OF VINYL, in CLASS 24 (U.S. Cl. 42).
First use Jan. 1, 1976; in commerce Aug. 6, 1976.

2                                       1,279,486

For: SLIPPERS, SHOWER CAP, HEAD BAND, BEACH SANDALS, T-SHIRTS, BELT, SOCKS, TANK TOP, SHORTS, PAJAMAS, HATS, MITTENS, UNDERPANTS, in CLASS 25 (U.S. Cl. 39).

First use Jan. 1, 1976; in commerce Aug. 6, 1976.

For: SEWING SETS, PONYTAIL HOLDER, SAFETY PIN, BARRETTE, SHOE LACES, HAIR CLIPS, in CLASS 26 (U.S. CL. 40).

First use Oct. 10, 1976; in commerce Oct. 17, 1979.

For: BALLS, PLASTIC AND CERAMIC FIGURINES, BALL ORNAMENT, JUMP ROPE, DOLL, CHRISTMAS ORNAMENTS, TOYS, in CLASS 28 (U.S. Cls. 22 and 50).

First use Sep. 27, 1976; in commerce Oct. 4, 1979.

For: CANDY, BUBBLE GUM, in CLASS 30 (U.S. Cl. 46).

First use Dec. 6, 1977; in commerce Sep. 28, 1981.

Owner of U.S. Reg. No. 1,214,436.

Ser. No. 388,860, filed Sep. 24, 1982.

CARY J. DEATON, Examining Attorney