EXHIBIT 5

Screen shot from www.momoberry.com



www.momoberry.com   3APR2007







