





© 1976, 2007 SANRIO CO., LTD.

SANRIO 1998 PRODUCT CATALOG

## Back-to-School-KT(Angel)




Hello Kitty

The hottest design of the 1997 holiday season, Hello Kitty Angel is going back-to-school. Targeting the teenage market, phase two of this popular design series features a fresh new range of products. It's a must-have component of your store's back-to-school lineup.



Handy schedule stickers on 6-ring organizer sized backing sheets.

**ORGANIZER STICKERS: ANGEL KT**
1.00   24   12.00
A533-0   19672   5"x 6"
0 39937 19672 2   1



Includes: schedule, address and memo books. Features a mirror, pen holder, utility pocket and fastener. Sewn-on PVC patch complements cover design.

**ORGANIZER: B6 ANGEL KT**
19.00   3   28.50
D 24-0   09212   7"x 4-3/4"x 1-1/2"
0 39937 09212 3   2



80 sheets (perforated). College ruled. Fits in 3-ring binder.

**ADHESIVE-BOUND NOTEBK ANGEL KT**
3.95   12   23.70
D 13-0   09195   11"x 9"
0 39937 09195 9   3



Designed to be held in 3-ring binder. 60-wk. weekly schedule.

**STUDENT PLANNER: ANGEL KT**
4.50   6   13.50
D 61-0   09810   8-1/4"x 5-1/4"x 1/4"
0 39937 09810 1   4



Features mirror and utility pocket. Sewn-on PVC patch complements cover design.

**3-RING BINDER W/ZIPPER: ANGL KT**
20.00   2   20.00
D 26-0   09267   14-1/4"x 11-1/4"x 2-1/4"
0 39937 09267 3   5



150 sheets, Colleged ruled.

**3-RING BINDER REFILL: ANGEL KT**
3.95   8   15.80
D 26-0   09219   11"x 8-1/2"x 1/4"
0 39937 09219 2   6



Multi-use pouch designed to be held in 3-ring binder. Features pencil pocket, utility pocket and card pocket.

**3-RING BINDER POUCH: ANGEL KT**
3.95   8   15.80
D 26-0   09303   9-1/2"x 7-3/4"x 1/4"
0 39937 09303 8   7



length: 23-1/4"

**BOOK BELT: ANGEL KT**
7.00   4   14.00
D173-0   10174   17-3/4"x 3/4"x 1/2"
0 39937 10174 0   8



**PENCIL: ANGEL KT**
0.50   48   12.00
D104-0   81898   7-1/4"x 1/4"x 1/4"
0 39937 81898 3   9



Kitty-shaped: 7.
Angel Wing-shaped: 7.

**ERASER PACK: ANGEL KT**
1.25   16   10.00
D153-0   09867   1-3/4"x 2-1/4"x 1/2"
0 39937 09867 5   10



**MINI STAPLER: ANGEL KT**
3.50   8   14.00
D176-0   13110   1-1/2"x 3/4"x 1"
0 39937 13110 5   11



1-hole punch

**MINI PAPER PUNCH: ANGEL KT**
3.50   8   14.00
D176-0   13117   1-1/2"x 3/4"x 1-1/4"
0 39937 13117 4   12



**MINI SCISSORS: ANGEL KT**
2.50   8   10.00
D176-0   13121   3"x 2"x 1/4"
0 39937 13121 1   13

SANRIO 1998 PRODUCT CATALOG

## Back-to-School-KT(Angel)

③


5 dividers and 5 index tabs included.
**PHOTO FILE BOX: S ANGEL KT**
4.50   6   13.50
A423-0  12794   4-1/2"x 6-1/4"x 3"
0 39937 12794 8   31


5 dividers and 5 index tabs included.
**PHOTO FILE BOX: L ANGEL KT**
6.00   4   12.00
A423-0  12804   6-1/2"x 6-1/4"x 5-1/4"
0 39937 12804 4   32


Laminate your favorite photos to create attractive stickers.
4 x 6 in. photo size...1
name card size...1
"print club" mini photo size...4
**PHOTO LAMINATING STCKER:AGL KT**
2.50   12   15.00
A539-0  12838   6-1/4"x 4-1/4"
0 39937 12838 9   33



28 pockets, 22 stickers.
**PHOTO ALBUM W/STICKER:ANGEL KT**
5.50   6   16.50
D 27-0  12895   6-3/4"x 5-1/4"
0 39937 12895 2   34


12 card pockets, 1 mirror.
**PHOTO & CARD FILE: ANGEL KT**
5.50   4   11.00
D 28-0  12918   4-1/4"x 3-1/4"x 1/2"
0 39937 12918 8   35


Includes: 10 writing sheets, 5 envelopes, 5 stickers. Envelopes feature display windows.
**LETTER ST W/WNDW ENVRP: AGL KT**
3.25   6   9.75
D 46-0  12930   7-1/4"x 6"
0 39937 12930 0   36


Sliding lens cover features character mascot. 35mm film size. Built-in flash.
**CAMERA: ANGEL KT**
19.50   2   19.50
W426-0  13124   4-3/4"x 1-3/4"x 2-3/4"
0 39937 13124 2   37


**CALCULATOR: ANGEL KT**
11.50   3   17.25
W420-0  10306   5"x 2-3/4"x 1/4"
0 39937 10306 5   38


Features earphone holder, belt loop and inner pocket. Detachable shoulder strap.
**CASSETTE PLAYER POUCH:ANGEL KT**
10.00   3   15.00
A634-0  08668   6"x 3-3/4"x 1-1/2"
0 39937 08668 9   39


Features earphone holder, belt loop and inner pocket. Detachable shoulder strap.
**CD PLAYER POUCH: ANGEL KT**
12.00   3   18.00
A634-0  08797   6-1/4"x 6"x 1-3/4"
0 39937 08797 6   40


**SOFT CASSETTE CASE: ANGEL KT**
10.00   3   15.00
A439-0  08828   4-1/2"x 8-1/2"x 3"
0 39937 08828 7   41


**KEYBOARD BRUSH: ANGEL KT**
4.99   3   14.97
A459-0  09022   9-1/2"x 1-1/2"x 1-1/4"
0 39937 09022 8   42


Perfect for organizing your desktop.
**CARDBOARD FILE BOX: ANGEL KT**
2.75   4   11.00
D 28-0  09460   12-1/2"x 9-3/4"x 4"
0 39937 09460 8   43



**MOUSE PAD: ANGEL KT**
4.99   3   14.97
D159-0  09887   8"x 9-1/2"x 1/4"
0 39937 09887 3   44



**WRIST REST: ANGEL KT**
4.99   3   14.97
D159-0  09925   4"x17-3/4"x 1/2"
0 39937 09925 2   45


with suction cup.
**PAGE CLIP: ANGEL KT**
7.50   2   15.00
D174-0  10253   8-1/4"x 1"x 1/2"
0 39937 10253 2   46



