EXHIBIT 7

www.poshlifebeauty.com



As of: 5/27/2006

www.poshlifebeauty.com





As of: 5/27/2006

www.poshlifebeauty.com



As of: 5/27/2006