**EXHIBIT 8**

Posh.Life
As of 15AUG2006

## Addresses:

www.poshlifebeauty.com
www.poshlifebling.com
www.posh-life.com

Homepage:



Posh.Life
As of 15AUG2006

http://www.poshlifebeauty.com/customproducts.html



Posh.Life
As of 15AUG2006



Posh.Life
As of 15AUG2006

http://www.poshlifebeauty.com/PoshBlingGallery.html



Posh.Life
As of 15AUG2006

"Design Home" → "Sidekicks"
http://www.poshlifebeauty.com/sidekickorders.html



Posh.Life
As of 15AUG2006

"Design Home" → "iPod Cases"
http://www.poshlifebeauty.com/crystalappleipods.html

Posh.Life
As of 15AUG2006

"Design Home" → "Custom PDA's"
http://www.poshlifebeauty.com/treocase.html



Posh.Life
As of 15AUG2006

"Design Home" → "Unblocked Phones"
http://www.poshlifebeauty.com/blingrazr.html





Posh.Life
As of 15AUG2006

"Accessories"→ "Hairbrushes"
http://www.poshlifebeauty.com/hairbrushes.html



EXHIBIT 9

Posh.Life
As of 8SEP2006



Posh.Life
As of 8SEP2006



Posh.Life
As of 8SEP2006



Posh.Life
As of 8SEP2006



Posh.Life
As of 8SEP2006



Posh.Life
As of 8SEP2006



EXHIBIT 10

Posh.Life Swarovski Crystal Faceplates, Bling Crystal Sidekicks, & Crystal Phones          Page 3 of 5



## Embellish your world with a Swarovski Crystal phone



Our services are fully customizeable. You do not have to choose one of our designs...Please email us if there is a design that you want that you don't see! admin@poshlifebling.com

Get a Posh.Life custom cell phone case for your blackberry, treo, or other pda...



Famous for our Swarovski Crystal Sidekick Cell Phones, Sidekick 3 Cases, Treo Cell Phone cases, and more!

## ❀ Testimonials ❀

Tori : I LOVE IT!! I just got my phone when I opened the box I screamed it is sooooo beautiful!! My boy's couldn't stop looking at it and where so impressed!! My phone is beautiful,big and

Posh.Life Swarovski Crystal Cell Phone Designs

Choose one of our designs or go with your own!  Give us a call (803) 743-POSH, or underline email with your requests...get your company logo, websites, or even photographs custom designed on your phone...there's no design we can't do for you!



Posh.Lif
Home

Bling Gall

Crystal C
Phones

Crystal
Sidekicl

Swarovs
Crystal PD

Swarovs
Crystal iPh

Swarovs
Crystal iP

Posh.Brii

Posh.Bal

Swarovs
Color Chi

Swarovs
Stone Siz

Newslette

Recomme
Website

Orderin
Instructio

View Cai

Delivery
Service

In Stock Bl

Posh.Life Swarovski Crystal Faceplates, Bling Crystal Sidekicks, & Crystal Cell Phones                    Page 2 of 4



Posh.Life Swarovski Crystal Faceplates, Bling Crystal Sidekicks, & Crystal Cell Phones                    Page 3 of 4



## Crystal Cell Phones



Posh.Lif
Home

Bling Gall

Crystal C
Phones

Crystal
Sidekicl

Swarovs
Crystal PD

Swarovs
Crystal iPh

Swarovs
Crystal iP

Posh.Bri

Posh.Bal

Swarovs
Color Ch

Swarovs
Stone Siz

Newslette

Recomme
Website

Orderin
Instructio

View Ca

Delivery
Service

In Stock Bl

This option is for any regular size cell phone (ie: Motorola V3 Razr, LG VX8700, Sanyo Katana, etc)Not for PDA's ( ie:sidekick, treo, pocket pc, etc) Order here if you have a regular sized cell phone. Simply enter your cell phone model, and color options in the box.



Swarovski Crystal Cell Phone Design
$165.00



Swarovski Solid Color Cell Phone
$115.00

Crystal Cell Phones>

## Swarovski Crystal Cell Phone Design



See full size photo

**Price: $165.00**
**Availability:** in stock

Choose this option for *any* of our cell phone designs. Or your own custom design!



Design
A1A

Colors & Cell Phone Model

View Shopping Cart

Checkout



Posh.Lif
Home

**Bling Gall**

Crystal C
Phones

Crystal
Sidekicl

Swarovs
Crystal PD

Swarovs
Crystal iPh

Swarovs
Crystal iP

Posh.Bri

Posh.Bal

Swarovs
Color Cha

Swarovs
Stone Siz

Newslette

Recomme
Website

Orderin(
Instructio

View Ca

Delivery
Service

In Stock Bl

Posh.Life Swarovski Crystal Facep   s, Bling Crystal Sidekicks, & Crystal   Phones          Page 1 of 1



Posh.Lif
Home

Bling Gall

Crystal C
Phones

Crystal
Sidekic

Swarovs
Crystal PD

Swarovs
Crystal iPh

Swarovs
Crystal iP

Posh.Bri

Posh.Bal

Swarovs
Color Ch

Swarovs
Stone Siz

Newslette

Recomme
Website

Orderin
Instructio

View Ca

Deliver
Service

In Stock Bl

## **FAQ's   Contact Us   About Us   Testimonials   Press   Order Status**

**Posh.Life, Inc. © 2007. All Rights Reserved. All images on this website are the property of Posh.Life and cannot be used without permission. We use only Genuine Swarovski® Crystals for all cell phone designs & faceplates.**

## **"Have a beautiful conversation..."Posh.Life**





Little Princess
Sneakers
$150.00

$60.00

**Bling White Chucks**
$220.00





**Bling Baby Brush**
$120.00



**The Crystal Binky**
$70.00



**Princess/ Prince Binky**
$70.00

**Got Milk?**
$75.00









**Baller Baby Binky Clip**
$60.00

**Skull & Crossbone
Shoes**
$60.00

**Flower Child**
$70.00

**Rock Couture Shoes**
$70.00









**Pink Pirate Hightops**
$80.00

**Zebra Baby Shoes**
$90.00

**Crown Boots**
$90.00

**Independance Day
Bling Chucks**
$80.00









**Kitty Binky**
$80.00

**Logo Binky**
$80.00

**Cherry Binky w/ Clip**
$110.00

**Crown Binky w/ clip**
$110.00



**Sport Binky w/
Attacher**

Posh.Baby>

# Kitty Binky



See full size photo

Price: $80.00
Availability: in stock

Message

View Shopping Cart

Checkout

Posh.Lif
Home

Bling Gall

Crystal C
Phones

Crystal
Sidekic

Swarovs
Crystal PD

Swarovs
Crystal iPh

Swarovs
Crystal iP

Posh.Bri

Posh.Ba

Swarovs
Color Chi

Swarovs
Stone Siz

Newslette

Recomme
Website

Orderin
Instructio

View Ca

Deliver
Service

In Stock Bl



**FAQ's   Contact Us   About Us   Testimonials   Press   Order Status**

Posh.Life, Inc. © 2007. All Rights Reserved. All images on this website are the property of Posh.Life and cannot be used without permission. We use only Genuine Swarovski® Crystals for all cell phone designs & faceplates.

**"Have a beautiful conversation..."Posh.Life**



## In Stock Bling*

Posh.Life now carries some of our most popular designs in stock. These cannot be changed or upgraded, because they are stock items. Please see the signature designs page if you'd like to place a custom order, or add a stone size upgrade.

  

   

Southbeach Sidekick Plates
$200.00

Blackberry 7100 Case
$90.00

Hot Pink Kitty LGVX8500 Chocolate Phone Snap On Faceplates
$220.00

Pocket PC 8525 Crystal Faceplate
$180.00



Cingular LG CU500 cell phone

**Orig. Price:** ~~$290.00~~
**Sale Price: $199.99**



Posh.Lif
Home

Bling Gall

Crystal C
Phones

Crystal
Sidekicl

Swarovs
Crystal PD

Swarovs
Crystal
iPhone

Swarovs
Crystal iP

Posh.Bri

Posh.Bal

Swarovs
Color Ch

Swarovs
Stone Siz

Newslett

Recomme
Website

Orderin
Instructio

View Ca

Delivery
Service

In Stocl
Bling*

In Stock Bling*>

# Hot Pink Kitty LGVX8500 Chocolate Phone Snap On Faceplates



**Price: $220.00**
**Availability:** in stock

See full size photo

Notes

View Shopping Cart

Checkout



Posh.Life
Home

Bling Galle

Crystal C
Phones

Crystal
Sidekicl

Swarovs
Crystal PD

Swarovs
Crystal iPh

Swarovs
Crystal iP

Posh.Bri

Posh.Bak

Swarovs
Color Cha

Swarovs
Stone Siz

Newslette

Recomme
Website

Ordering
Instructio

View Car

Delivery
Service

In Stock Bl

## FAQ's   Contact Us   About Us   Testimonials   Press   Order Status

**Posh.Life, Inc. © 2007. All Rights Reserved. All images on this website are the property of
Posh.Life and cannot be used without permission. We use only Genuine Swarovski®
Crystals for all cell phone designs & faceplates.**

## "Have a beautiful conversation..."Posh.Life



Posh.Life Swarovski Crystal Faceplates, Bling Crystal Sidekicks, & Crystal Cell Phones                    Page 1 of 1



**Posh Pinks**
No One does PINK like Posh.Life!

Posh.Life Home

Bling Galle

Crystal C Phones

Crystal Sidekick

Swarovs Crystal PD

Swarovs Crystal iPh

Swarovs Crystal iP

Posh.Bri

Posh.Bal

Swarovs Color Cha

Swarovs Stone Siz

Newslette

Recomme Website

Ordering Instructio

View Ca

Delivery Service

In Stock Bl

## **FAQ's   Contact Us   About Us   Testimonials   Press   Order Status**

**Posh.Life, Inc. © 2007. All Rights Reserved. All images on this website are the property of
Posh.Life and cannot be used without permission. We use only Genuine Swarovski®
Crystals for all cell phone designs & faceplates.**

**"Have a beautiful conversation..."Posh.Life**



Posh.Life Swarovski Crystal Faceplates, Bling Crystal Sidekicks, & Crystal Cell Phones    Page 1 of 1



**Custom Bling**

## **FAQ's**  **Contact Us**  **About Us**  **Testimonials**  **Press**  **Order Status**

**Posh.Life, Inc. © 2007. All Rights Reserved. All images on this website are the property of Posh.Life and cannot be used without permission. We use only Genuine Swarovski®️ Crystals for all cell phone designs & faceplates.**

### **"Have a beautiful conversation..."Posh.Life**



Posh.Lif
Home

Bling Gall

Crystal C
Phones

Crystal
Sidekicl

Swarovs
Crystal PD

Swarovs
Crystal iPh

Swarovs
Crystal iP

Posh.Bri

Posh.Bal

Swarovs
Color Ch

Swarovs
Stone Siz

Newslette

Recomme
Website

Orderin
Instructio

View Ca

Delivery
Service

In Stock Bl

Posh.Life Swarovski Crystal Faceplates, Bling Crystal Sidekicks, & Crystal Phones    Page 1 of 1



LG Chocolate Phone Snap On Faceplates.

## **FAQ's**   **Contact Us**   **About Us**   **Testimonials**   **Press**   **Order Status**

**Posh.Life, Inc. © 2007. All Rights Reserved. All images on this website are the property of Posh.Life and cannot be used without permission. We use only Genuine Swarovski® Crystals for all cell phone designs & faceplates.**

## **"Have a beautiful conversation..."Posh.Life**



Posh.Life
Home

Bling Gall

Crystal C
Phones

Crystal
Sidekicl

Swarovs
Crystal PD

Swarovs
Crystal iPh

Swarovs
Crystal iP

Posh.Bri

Posh.Bal

Swarovs
Color Ch

Swarovs
Stone Siz

Newslette

Recomme
Website

Orderin
Instructio

View Ca

Delivery
Service

In Stock Bl