**EXHIBIT 11**





**FAQ's   Contact Us   About Us   Testimonials   Press   Order Status**

**EXHIBIT 12**

Bravenet Blog    Blog Community    Get a Free Blog    Manage your Blog

Web Hosting | Guestbooks | Live Chat | Message Forum | Journals | Mailing List | REMOVE ALL ADS from this page - click here!





### Tori's Blog

Welcome to my blog! This is a place I will try to post tips and answers to your most asked questions...Please feel free to send me any questions or suggestions directly: tori@poshlifebling.com and share your thoughts on blogs I've posted by simply posting a comment! Hopefully this page will help you guys!
Smooches,
POSH

- Tori's Blog
- Profile
- Archive
- Posh.Life Store

---

**Friday, April 20th 2007**                                4:50 PM

**NYC Peach out of business?!**

Posh.Life has had many people contact us about NYC PEACH. We are not sure what happened, but we've heard that they are no longer in business. No worries! As you know, we also specialize in customized bejeweled, blinged out, crystal encrusted Sidekicks. It happens to be one of our best selling cell phone models! Posh.Life has offered many of the same designs, and has been in business just as long as NYC Peach (now longer). We took things a step further, offering custom designs, as well as the

**Great Sites**
Bravenet Free Tools
Get a Free Blog
Edit these links

**Friends**
Bravenet

**Tag Board**
Sevy: Hi Tori ------------------
Have a super day !

Name:
URL/Email:

patterns tht NYC became famous for...the only difference is that we never "gave away" items to celebs. If you have to pay, so do they!!

**Posh was the first company to offer you snap on faceplates for your phone, being "The original Swarovski crystal faceplate", and our sidekick 3 faceplates are perfect for customers who do not like to part with their phones. We will continue to be around, offering you the best services at the absolute best price, without skimping on quality!**



Please enter the text in the above image to complete this form

Smilies    Post Tag

0 Comment(s) / Post Comment

---

**Friday, March 30th 2007**                                5:50 PM

A Trend Getting Bigger...

When I first began designing Swarovski Crystal cell phones as a career "back in the day", it was simply something I loved to do because of the beautiful result achieved. I thought, "How would the world go back to bland, grey phones after this...?" Since then, the inclination to Pimp Out and personalize one's phone has become as neccessary as choosing the hottest handbag to rock. This is so serious, even designers like Prada, Anna Sui, and Juicy Couture have been commissioned by companies like Motorola and T-Mobile to create special edition phones, with art and diamonds to stand out from competitors. Trendy phones are here to stay. It's no longer acceptible to carry a cell phone that's uncolored or uncovered with Bling, or some form of art...This just reinforces what I knew years ago; cell phone customization is here to stay. After five years in business, there is still nothing more exciting for me than when I walk into a cowded room and pull out my cell phone from my favorite Denim Louis Vuitton "Limited Edition" handbag. It says, "This girl has style down to the very last detail...she is HOT!" The room goes quiet for a faint second. I can just see the envy, and hear the whispers... I feel their desire to own such a beautiful, essential piece of art. I smile and tell them, "No worries, ladies, you can bling, too..."

0 Comment(s) / Post Comment

## Thursday, January 11th 2007        4:48 PM

**Choosing Your Designs...**

I have had hundreds of questions over the years with clients who want to have their phones encrusted, but can't decide on their design. I do know how important it is to choose the right design. This is an investment for most of us, and so we want it to represent who we are for a long time. Also, you don't want to get tired or bored with the design. I have a few things that you should consider when choosing your design.

1. Choose colors that you LOVE! If you are not girly or into the pinks, don't choose a design that has pinks in it...no matter how beautiful the design, you will wish that you chose different colors. I remember when I designed my first phone...I saw colors on the Swarovski chart that were so amazing (olivine jonquil, and peridot -the Appletini combo on the site), but they were not my favorite colors (PINKS!)...Although these colors looked so pretty as a combination, they were not a true representation of me. So a few weeks after I designed it, I wanted another one...this would be great for me since I own the compay, but not so great for most, since you are paying us to design your phone...lol...

After that, I designed my Hello Kitty phone. Tthe only time I change it is when I buy a new phone - and guess what design goes right back on it...

2. Pattern or Design? This one comes up often. Patterns are "Oakland Park", "A1A", and "Diamond Girl". That will give you total alignment, no gaps or spaces at all. Just perfect lines. Custom designs are a bit trickier. Custom designs are not lined up perfectly. They require the designer to use more tiny stones as tightly as possible...but remember that the stones are circles, not squares, so with a design they will never completely align like a pattern will. Designs offer exquisite detailing and beauty for artistic tastes. But if you want a perfectly aligned look, choose a PATTERN! Many companies will not do initials for this exact reason. So choose what's more important - a perfect alignment or an artsy creation...either way, they will be breathtakingly gorgeous!!

3. Don't Overthink it. Don't try to re-invent the wheel. If you still have a hard time deciding, simply send us a list of your favorite things and we'll give you a few ideas to ponder. Just remember, everything is customizable. You don't have to choose what someone else has chosen. We can't possibly display every design we've ever done. But know that if you can think it, Posh.Life can Bling it!!!

1 Comment(s) / Post Comment

**Bravenet Blog**     powered by bravenet.com     **Get One For Free!**

 **Bravenet Blog**　　　 Blog Community　　Get a Free Blog　　Manage your Blog

| Web Hosting | Guestbooks | Live Chat | Message Forum | Journals | Mailing List | REMOVE ALL ADS from this page - click here! |



FREE Business Cards with matching address labels.
**Click Here**

---



# Tori's Blog

Welcome to my blog! This is a place I will try to post tips and answers to your most asked questions...Please feel free to send me any questions or suggestions directly: tori@poshlifebling.com and share your thoughts on blogs I've posted by simply posting a comment! Hopefully this page will help you guys!
Smooches,
POSH

Tori's Blog
Profile
Archive
Posh.Life Store

---

### Thursday, January 11th 2007　　　　　　　　4:48 PM

**Choosing Your Designs...**

I have had hundreds of questions over the years with clients who want to have their phones encrusted, but can't decide on their design. I do know how important it is to choose the right design. This is an investment for most of us, and so we want it to represent who we are for a long time. Also, you don't want to get tired or bored with the design. I have a few things that you should consider when choosing your design.

1. Choose colors that you LOVE! If you are not girly or into the pinks, don't choose a design that has pinks in it...no matter how beautiful the design, you will wish that you chose different colors. I remember when I designed my first phone...I saw colors on the Swarovski chart that were so amazing (olivine jonquil, and peridot -the Appletini combo on the site), but they were not my favorite colors (PINKS!)...Although these colors looked so pretty as a combination, they were not a true representation of me. So a few weeks after I designed it, I wanted another one...this would be great for me since I own the compay, but not so great for most, since you are paying us to design your phone...lol...

After that, I designed my Hello Kitty phone. Tthe only time I change it is when I buy a new phone - and guess what design goes right back on it...

2. Pattern or Design? This one comes up often. Patterns are "Oakland Park", "A1A", and "Diamond Girl". That will give you total alignment, no gaps or spaces at all. Just perfect lines. Custom designs are a bit trickier. Custom designs are not lined up perfectly. They require the designer to use more tiny stones as tightly as possible...but remember that the stones are circles, not squares, so with a design they will never completely align like a pattern will. Designs offer exquisite detailing and beauty for artistic tastes. But if you want a perfectly aligned look, choose a

**Great Sites**
Bravenet Free Tools
Get a Free Blog
Edit these links

**Friends**
Bravenet

**Tag Board**
Sevy: Hi Tori ----------
Have a super day !

Name:
URL/Email:

PATTERN! Many companies will not do initials for this exact reason. So choose what's more important - a perfect alignment or an artsy creation...either way, they will be breathtakingly gorgeous!!

3. Don't Overthink it.  Don't try to re-invent the wheel. If you still have a hard time deciding, simply send us a list of your favorite things and we'll give you a few ideas to ponder. Just remember, everything is customizable. You don't have to choose what someone else has chosen. We can't possibly display every design we've ever done. But know that if you can think it, Posh.Life can Bling it!!!



Please enter the text in the above image to complete this form

Smilies

1 Comment(s) / Post Comment

**Bravenet Blog**    powered by bravenet.com    **Get One For Free!**

EXHIBIT 13

Posh.Life
As of 09SEPT07

**iOffer**

http://www.ioffer.com/selling/poshlife



http://www.ioffer.com/users/poshlife



Posh.Life
As of 09SEPT07



http://www.ioffer.com/photos/137371



Posh.Life
As of 09SEPT07

**eBay**

http://cgi.ebay.com/Swarovski-Crystal-Sidekick-3-SK2-Cell-phone-Case-bling_W0QQitemZ320157721778QQihZ011QQcategoryZ146430QQssPageNameZWDVWQQrdZ1QQcmdZViewItem



Posh.Life
As of 09SEPT07





phone to be crystalled. We have been designing phones for over four years! Order a Posh.Life Bling' crystal cell phone and change the way YOU conversate!