**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** January 3, 2008

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**   Kathy Powell

**CASE NO.** C 07-5024 VRW

**TITLE:** Sanrio Company Ltd. v Torri Butler Torress, et al

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Noel Cook | No appearance by the defendant or any Representative for the defendant |

**PROCEEDINGS:**     Initial Case Management Conference.
           Plaintiff's counsel informed the court that the defendant has retained counsel and the parties are engaged in preliminary settlement.

**RESULTS:**          Further CMC set for 4/3/2008 at 3:30 PM.