OWEN, WICKERSHAM & ERICKSON, P.C.
NOEL M. COOK, SBN 122777
455 Market Street, Suite 1910
San Francisco, CA 94105
Telephone 415-882-3200
Facsimile. 415-882-3232
E-Mail: ncook@owe.com

Attorney for Plaintiffs
SANRIO COMPANY, LTD. and SANRIO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SANRIO COMPANY, LTD., a Japanese corporation and SANRIO, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TORRI BUTLER TORRES, a North Carolina state resident and POSH.LIFE, an unincorporated entity, dba POSH-LIFE.COM, POSHLIFEBEAUTY.COM, and POSHLIFEBLING.COM, and DOES 1- 10, <br><br> Defendants. | Civil Action No. C 07-05024 VRW <br><br> **NOTICE OF SETTLEMENT IN PRINCIPLE AND *EX PARTE* REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR** <br><br> Date:  April 3, 2008 <br> Time:  3:30 p.m. <br> Place:  Courtroom 6, 17th Floor |

Plaintiffs, SANRIO COMPANY, LTD., and SANRIO, INC., report that the parties to the above-captioned matter have reached a settlement in principle of all claims, and are in the process of documenting the settlement.

Therefore, Plaintiffs respectfully request that the Case Management Conference currently scheduled for Thursday, April 3, 2008 at 3:30 p.m. be taken off calendar so that the parties may proceed with documenting the settlement.

To allow the parties to complete settlement, Plaintiffs also request that the Court issue an Order of Dismissal subject to reopening of this action by Plaintiffs within ninety (90) days. (Although Defendants have not answered or otherwise appeared in this matter, Defendants have retained counsel

1  for purposes of settlement. He has consented to this notice and request.)

2

3                                          Respectfully submitted,

4  Dated: April 1, 2008                    OWEN, WICKERSHAM & ERICKSON, P.C.

5

6                                          By: _____
7                                              Noel M. Cook

8                                          Attorney for Plaintiff
                                           SANRIO COMPANY, LTD. and SANRIO, INC.
9

10

11

12                              **[PROPOSED] ORDER**

13      IT IS ORDERED that the above-titled action is dismissed with prejudice, subject to re-open

14  by Plaintiffs within ninety (90) days of the date of this Order.

15

16  Dated: _____         _____
                                           Vaughn R. Walker
17                                         United States District Court Judge

18

19

20

21

22

23

24

25

26

27  S:\1Clients\SANRI\LITIGA\70014-PoshLife\Notice of Settlement and Proposed Order Re Dismissal.wpd

28

Notice of Settlement in Principle and Ex Parte Request
To Take Case Management Conference Off Calendar    2                            C 07-05024 VRW

**CERTIFICATE OF SERVICE**

I am a citizen of the United States; employed in the County of San Francisco, State of California, over the age of eighteen; and not a party to this action. My business address is 455 Market Street, 19th Floor, San Francisco, California 94105.

On April 1, 2008, I served the following document(s): *NOTICE OF SETTLEMENT IN PRINCIPLE AND EX PARTE REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR* on the below-listed parties at the addresses, facsimile numbers, and/or e-mail addresses shown:

| | |
|---|---|
| Ray K. Shahani, Esq.<br>Attorney at Law<br>Twin Oaks Office Plaza<br>477 Ninth Avenue, Suite 112<br>San Mateo, CA 94402-1854<br>650/348-1444     Telephone<br>650/348-8655     Facsimile<br>rks@attnycubed.com  E-Mail | Ms. Torri Butler Torres<br>Posh.Life<br>3449 Singleleaf Lane<br>Raleigh, NC 27616 |

[x]   BY MAIL: A true and correct copy of such document was placed in a sealed envelope, addressed as shown above, and such correspondence was deposited, with postage fully prepaid, in a United States Post Office mail box at San Francisco, California on the same day in the ordinary course of business.

[ ]   BY PERSONAL SERVICE: Such envelope was delivered by hand to the offices of the addressee.

[ ]   BY FACSIMILE: Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[ ]   BY ELECTRONIC MAIL: Such document was transmitted to the e-mail address listed above. The e-mail was not returned as undeliverable.

I declare, under penalty of perjury, that the foregoing is true and correct and is executed April 1, 2008 at San Francisco, California.

/s/ B.C. Dunne
B.C. Dunne