1  OWEN, WICKERSHAM & ERICKSON, P.C.
   NOEL M. COOK, SBN 122777
2  455 Market Street, Suite 1910
   San Francisco, CA 94105
3  Telephone 415-882-3200
   Facsimile. 415-882-3232
4  E-Mail: ncook@owe.com

5  Attorney for Plaintiffs
   SANRIO COMPANY, LTD. and SANRIO, INC.
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                  SAN FRANCISCO DIVISION

10

11 | SANRIO COMPANY, LTD., a Japanese          Civil Action No. C 07-05024 VRW
   | corporation and SANRIO, INC., a California
12 | corporation,

13 |        Plaintiffs,                        **PLAINTIFFS' REQUEST TO RE-OPEN**

14 | vs.

15 | TORRI BUTLER TORRES, a North Carolina
   | state resident and POSH.LIFE, an
16 | unincorporated entity, dba POSH-LIFE.COM,
   | POSHLIFEBEAUTY.COM, and
17 | POSHLIFEBLING.COM, and DOES 1- 10,

18 |        Defendants.

19

20     Plaintiffs, SANRIO COMPANY, LTD., and SANRIO, INC., request that the above-captioned

21 matter be re-opened. As noted in Plaintiffs' Notice of Settlement in Principle filed April 1, 2008, the

22 parties have reached a settlement in principle of all claims. However, the parties require additional

23 time to document the settlement. Defendants have not answered or otherwise appeared in this matter.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Plaintiffs' Request to Re-Open                      1                              C 07-05024 VRW

Therefore, Plaintiffs respectfully request that this matter be re-opened in order to preserve Plaintiffs' rights pending final completion of settlement.

Respectfully submitted,

Dated: July 1, 2008    OWEN, WICKERSHAM & ERICKSON, P.C.

By: *Noel M. Cook /MM*
Noel M. Cook

Attorney for Plaintiffs
SANRIO COMPANY, LTD. and SANRIO, INC.

### ~~[PROPOSED]~~ ORDER

IT IS ORDERED that the above-titled action be re-opened and all trial dates be reset.

Dated: 7/7/2008

Vaughn R. Walker
United States District Court Judge

S:\1Clients\SANRI\LITIGA\70014\Request to Re-Open Proceeding.wpd

# CERTIFICATE OF SERVICE

I am a citizen of the United States; employed in the County of San Francisco, State of California, over the age of eighteen; and not a party to this action. My business address is 455 Market Street, 19th Floor, San Francisco, California 94105.

On July 1, 2008, I served the following document(s): *PLAINTIFFS' REQUEST TO RE-OPEN* on the below-listed parties at the addresses, facsimile numbers, and/or e-mail addresses shown:

| | |
|---|---|
| Ray K. Shahani, Esq.<br>Attorney at Law<br>Twin Oaks Office Plaza<br>477 Ninth Avenue, Suite 112<br>San Mateo, CA 94402-1854<br>650/348-1444    Telephone<br>650/348-8655    Facsimile<br>rks@attnycubed.com  E-Mail | Ms. Torri Butler Torres<br>Posh.Life<br>3449 Singleleaf Lane<br>Raleigh, NC 27616 |

[x]  BY MAIL: A true and correct copy of such document was placed in a sealed envelope, addressed as shown above, and such correspondence was deposited, with postage fully prepaid, in a United States Post Office mail box at San Francisco, California on the same day in the ordinary course of business.

[ ]  BY PERSONAL SERVICE: Such envelope was delivered by hand to the offices of the addressee.

[ ]  BY FACSIMILE: Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[ ]  BY ELECTRONIC MAIL: Such document was transmitted to the e-mail address listed above. The e-mail was not returned as undeliverable.

I declare, under penalty of perjury, that the foregoing is true and correct and is executed July 1, 2008 at San Francisco, California.

_____
Jill O'Hara