IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANRIO COMPANY, LTD, a Japanese corporation and SANRIO, INC, a California corporation,<br><br>    Plaintiffs,<br><br>    v<br><br>TORRI BUTLER TORRES, a North Carolina state resident and POSH.LIFE, an unincorporated entity, dba POST-LIFE.COM, POSHLIFEBEAUTY.COM, POSHLIFEBLING.COM and DOES 1-10,<br><br>    Defendants.<br>_____/ | No   C 07-05024 VRW<br><br>ORDER |

    On November 11, the parties filed a document entitled "Final Judgment on Consent." Doc #9. Entry of judgment is thereon DENIED for failure to comply with FRCP 54(a) and 58(a). The parties shall promptly file proposed findings of fact, conclusions of law and a proposed judgment in proper form.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge