**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  SANRIO COMPANY, LTD, a Japanese      No   C 07-05024 VRW
    corporation and SANRIO, INC, a
12  California corporation,              ORDER

13          Plaintiffs,

14          v

15  TORRI BUTLER TORRES, a North
    Carolina state resident and
16  POSH.LIFE, an unincorporated
    entity, dba POST-LIFE.COM,
17  POSHLIFEBEAUTY.COM,
    POSHLIFEBLING.COM and DOES 1-10,
18
            Defendants.
19  _____/

20

21          On November 21, 2008, the parties submitted a proposed

22  "Final Judgment on Consent," Doc #9, which the court declined to

23  enter for failure of the document to comply with FRCP 54(a) and

24  58(a).  On December 22, 2008, the parties submitted a "Stipulation

25  and [Proposed] Final Judgment on Consent and Order Granting

26  Permanent Injunction."  Doc #11.  Unfortunately, this latest

27  submission also fails to comply with FRCP 54(a) and 58(a) and the

28  court declines to enter it.

1    Counsel are advised to consult the above provisions.  A

2   judgment is a "separate" document, FRCP 58(a), that does not

3   "include recitals of pleadings * * * or a record of prior

4   proceedings."  FRCP 54(a).  Counsel are directed to submit their

5   stipulated facts and conclusions of law and, in a separate

6   document, a proposed form of judgment in compliance with the

7   federal rules.

8

9    IT IS SO ORDERED.

10

11   _____

12   VAUGHN R WALKER
     United States District Chief Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California